IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEVERON MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 08-cv-745-JPG |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:   November 30, 2011

                                                      NANCY ROSENSTENGEL, Clerk of Court

                                                      BY:s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
                      J. PHIL GILBERT
                      U. S. DISTRICT JUDGE